# United States District Court
## Violation Notice

EV47

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1874052 | Davila | 1320 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/23/2015 0550AM | 32 CFR 1903.3 / 46.2-888 |

**Place of Offense:** GBCI Compound Main Gate

**Offense Description:** Stopping on Highway Improperly

1874052

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Cruz Osorio | Ismael | |

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 7BF2602 | MD | 06 | Nis/Murano | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 75  Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 100  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 401 Courthouse Square, Alexandria, VA 22314

**Date:** 02/25/2016
**Time:** 09:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 Nov 2015 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I, Officer Davila, observed a Silver Nissan Murano bearing MD tags 7BF2602 make a U-turn in front of the main gate to the CIA. The vehicle then entered the outbound travel lanes and stopped in the roadway, preventing other vehicles from exiting the compound. The driver of the vehicle was identified by Mexican Consular ID as Ismael Cruz Osorio of Washington DC. All information on the front of this violation notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/25/2016  [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge